## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
(Fort Myers)

IN RE:

BLACK WOLFE HOLDINGS, LLC.                    CASE NO.: 2:24-bk-01313-FMD
                                              CHAPTER 7
    Debtor.
_____/

**NOTICE OF PRELIMINARY HEARING ON CREDITOR'S NEMAR A. GONZALEZ AND RAENETTE GONZALEZ MOTION TO ALLOW LATE CLAIM FILED PROOF OF CLAIM TO BE DEEMED TIMELY FILED DUE TO LACK OF NOTICE [ECF #175]**

NOTICE IS GIVEN THAT:

    1.    A preliminary Hearing in this case will be held on **July 17, 2025 at 9:30 a.m.**, at The Unites States Courthouse & Federal Building, Room 4-102, Hearing Room, 2110 First Street, Ft. Myers, FL., on the following matter: *Creditor Nemar A. Gonzalez and Raenette Gonzalez Motion to Allow Late Filed Proof of Claim to be Deemed Timely Filed Due to Lack of Notice* **[ECF #175].**

    2.    The Court may continue this matter upon announcement made in open court without further notice.

    3.    Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

    4.    This hearing will be heard via Zoom Link below:

To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m. one business day before the date of the hearing. To register, Click or enter the following registration link in your computer browser:

https://www.zoomgov.com/meeting/register/vJItcuiuqjkqHbhiVyx7cvgFK47e2yzWhAQ#/registration

If a party is unable to register for the hearing, please contact the Courtroom Deputy at 813 301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

Unless otherwise notified, Judge Delano will conduct all Fort Myers hearings by Zoom from Tampa Courtroom 9A. Parties may attend the hearing by video or telephone via Zoom. UNLESS INSTRUCTED OTHERWISE, PARTIES MAY NOT APPEAR IN PERSON AT THE FORT

MYERS COURTHOUSE. Parties are directed to consult Judge Delano's Procedures Governing Court Appearances regarding policies and procedures for attendance at hearings by video or telephone via Zoom, available at https://www.flmb.uscourts.gov/judges/delano. If you are unable to access the Court's website, please contact the Courtroom Deputy at 813-301-5195 no later than 3:00 p.m. one business day before the date of the hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **June 16, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached service list either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BEHAR, GUTT & GLAZER, P.A.
Attorneys for Creditors Gonzalez
DCOTA Bldg, Suite A-350
1855 Griffin Road
Ft. Lauderdale, Florida  33004
Telephone:  (954) 266-3710
Fax:  (954) 266-3709
Email: bsb@bgglaw.com
Secondary: jgarcia@bgglaw.com

By    /s/ Brian S. Behar
         BRIAN S. BEHAR
         FBN:  727131